IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Chapter 7 Case No. 12-12026 |
| | ) |
| Connie Kaydo-Johnson | ) Bankruptcy Judge Jessica Price Smith |
| | ) |
| Debtor | ) |

**NOTICE OF HEARING ON, AND OF PROPOSED SALE OF, PERSONAL PROPERTY OTHER THAN IN THE ORDINARY COURSE OF BUSINESS**

Please take notice that pursuant to 11 U.S.C. §363(b) and in accordance with Rules 2002 (a)(2) and 6004(a) of the Federal Rules of Bankruptcy Procedure, Sheldon Stein, the Trustee in the above-captioned matter, intends to sell at private sale to the debtor immediately after the hearing upon this Notice, at the office of the Trustee, located at 50 Public Square – Ste. 400, Cleveland, Ohio 44113, the following personal property:

2006 Chevy Malibu

The described property will be sold for $2,300.00, an amount which represents the value of this item less applicable exemptions, if any, claimed by the debtor. The purchase price has been or will be paid in full immediately after the hearing upon this notice.

A hearing is scheduled in courtroom 2B of the United States Bankruptcy Court for the Northern District of Ohio, Eastern Division, H. M. Metzenbaum Federal Court House, 201 Superior, Cleveland, Ohio 44114, on May 7, 2013, at 9:30 a.m. to consider this Notice, and any written objections thereto which are filed and served in the undersigned, the United States Trustee, and all par-

ties entitled to receive such objection no later than seven (7) days preceding the date scheduled for the hearing. If no objection to this Notice are filed and served within such time period, the sale may be consummated without hearing.

/s/ Sheldon Stein
Sheldon Stein, Trustee (0007292)
400 Terminal Tower
Post Office Box 5606
Cleveland, OH 44101
(216) 696-7449

Service

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Howard S Rabb    abollas@dworkenlaw.com
- Sheldon Stein    sstein@epiqtrustee.com, sstein@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

and by regular U.S. mail on March 21, 2013, to the debtor and to all creditors.

/s/ Sheldon Stein
Sheldon Stein, Trustee

Etiquettes faciles à peler
Utilisez le gabarit AVERY® 5160®
Sens de chargement
Repliez à la hachure afin de révéler le rebord Pop-Up™
www.avery.com
1-800-GO-AVERY

Bank Of America
P.O. Box 982238
El Paso, TX 79998-2238

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Chase
P.O. Box 15153
Wilmington, DE 19850-5153

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Chase Home Finance
P O Box 78420
Phoenix, AZ 85062-8420

Chase Manhattan Mortgage
Attn: Bankruptcy Dept.
P.O. Box 24696
Columbus, OH 43224-0696

Edward Johnson III
2500 Southwood Drive
Painesville, OH 44077-4957

Fifth Third
P.O. Box 630778
Cincinnati, OH 45263-0778

Fifth Third Bank
ATTN: Bankruptcy Dept.
1830 East Paris Ave.
Grand Rapids, MI 49546-8803

First Federal Control
24700 Chagrin Blvd.
Suite 205
Beachwood, OH 44122-5662

First Federal Credit Control
24700 Chagrin Blvd. #205
Cleveland, OH 44122-5662

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

JP Recovery Services
P.O. Box 16749
Rocky River, OH 44116-0749

Kohls
P.O. Box 2983
Milwaukee, WI 53201-2983

Kohls/Capone
N56 W 17000 Ridgewood Dr.
Menomonee Falls, WI 53051-7096

North Coast Endoscopy
9500 Mentor Ave. #380
Mentor, OH 44060-8717

Quantum3 Group LLC as agent for
Capio Partners LLC
PO Box 788
Kirkland, WA 98083-0788

Revenue Group
3700 Park East Drive
Suite 240
Beachwood, OH 44122-4343

Connie Kaydo-Johnson
2500 Southwood Drive
Painesville, OH 44077-4957